# UNITED STATES DISTRICT COURTS

JAN 9 2026 PM 2:23
FILED - USDC - BPT - CT

DeTerrance Smith

vs

DEPARTMENT OF CHILDREN & Families
DCF Connecticut, WTBY.
PROBATE COURT OF WTBY CT
Carolina Floyd
Eddie Floyd

CASE NO: _____

UNITED STATE
DISTRICT COURT
915 Lafayette
Blvd.
Bridgeport CT
06604

## FEDERAL CIVIL RIGHT COMPLAINT

42 U.S.C. § 1983, Due Process Violations
Fabrication of Evidence, Defamation.
Interference with Parental Right
Visitation right, Bring Emotional Distress

### INTRODUCTION

1. Plaintiff Bring this action pro se for severe violation of his constitutional rights

2. Defendants - D.C.F the Waterbury Probate Family Court, That conducted in Plaintiff case Carolina floyd and Eddie floyd- Engaged of denial due process, false statement obstruction, and wrongful interference with Plaintiff parental rights, fabricated accusations

3. These actions caused Plaintiff to lose his children suffer emotional devastation, lose his home and property, and face long-term trauma while grieving the death of his wife

# Jurisdiction and Venue

4. This Court has Jurisdiction under 28 U.S.C. § 1331, 1343 and 42 U.S.C. § 1983, as Plaintiff constitutional rights were violated under color of state law

5. Venue is proper in the district of Connecticut Because the events occurred in WTBY, CT

## Parties

6. Plaintiff a resident of Connecticut is the Biological father of the minor children at issue.

7. D.C.F. is a state agency responsible for child welfare and acted under color of state law

8. Waterbury Probate/Family Court acted under color of state law and made decisions violating Plaintiff federal right

9. Carolina Floyd. D.C.F worker acted individually and in her capacity as a state employee made knowingly false accusations and interfered with Plaintiff parental right

10. Eddie Floyd, private actor who worked in coordination with D.C.F. made knowingly false accusations and interfered with Plaintiff's parental relationship.

## False Incarceration & Loss of Home

11. Plaintiff was falsely incarcerated on charges he did not committ.

12. Plaintiff later beat the case, the charges were dismissed or nolle prossed. confirming his innocence

13. During his incarceration Plaintiff's wife pass away leaving him unable to protect his home or property

14. Plaintiff lost his home APT and personal belongings included

14. including:

- 11,000
- Car keys, cars got towed
- Clothes paperwork, title's Birth Card
- My kid's
- 1 Rolex DAD gave my out of 3

## DCF Interference and Fabricated Accusations

15. After Plaintiff release, D.C.F. never contacted him never investigated never interviewed him and never gave him any opportunity to prove that Floyed family is fabricated storys, an D.C.F. Ask Judge, Don't give me any right, or opportunity to participate in any case involving his children

16. Carolina Floyd, and Husband created false fabricated accusations, claiming, Plaintiff abandon his children, abused them, and use drugs around them and more, last but not lease statin I was never in there life. Which all of which are COMPLETELY false

17. Plaintiff has no D.C.F. history, No abuse history No Domestic violence cases and no criminal history involving children

19. Defendant Eddie Floyd, and wife, who already had a child in DCF custody (Name I may no say) coordinated with D.C.F and repeated false claims to support the removal of visitition right, and more

## C. Court Violation and Denial of Due Process

20. Plaintiff exsplain he Did not Due process in the family court, Im in incomptent in the way it works. Plaintiff requested a D.N.A. text to confirm paternity. Plaintiff Didn't no THE STEP How To, so THE Judge refused and falsely Stated Plaintiff did NOT want a test

21. Court Official switched Plaintiff words misrepresented his statement and blocked him from speaking & violating my freedom of speech. Judge close Down, court room, and cop ran mout court room Next court date there was a cop in court room, with numerous of claim against WTBY. P.D. Officer stood in court listen to my personal problem

22. WHEN Plaintiff attempted to rebut false accusations in court he was told to be quiet and denied his right to defend himself

23. Plaintiff was Never provided documentation. never served proper notice and never given the chance to respond violating 14 Amendments due process

24. THE Court declared Plaintiff was Competent after he explained he wasnt not understand family Court Due process tryed to exsplain to Court my ~~situation~~ problem the situation then took advantage of his limited ability to represent himself at that moment

25. THESE actions wrongfully STRipped Plaintiff of his parental right with no lawful basis

D. <u>Interference with Parental Relationship a Emotional Harm</u>

26. Plaintff has not seen his Children, and items for his Children, but Eddie and Carlina Floyd donated them she claim bot return them back Intentionally preventing the children from receiving them

27. Plaintiff has not seen his children Since mother Died because Defendants blocked all contacts

28 Defendants told Plaintiff he was not allowed to see them in school give gift's not allowed contact not allowed visitation, ~~despite~~ with Court allowing order to finding of neglect

29. DCF and the Floyds acted to keep the children from Plaintiff and his family so D.C.F. could receive state funding, federal reimbursement or other financial benefits. Connecticut payroll for D.C.F. yr is 292.01 million 2024, THAT JUST fact check info, It's a scam, THE STATE IS partisapatin cause it's beniditin THE STATE of Connecticut

THE Plaintiff claims

## CLAIMS FOR RELIEF

Count I - 42 U.S.C. § 1983
14 Amendment Due Process Violations

Against D.C.F. worker that work on my case
Probate Court employee that work in my case
Carolina, Eddie Floyd

Count II - Fabrication of Evidence

Against Carolina Floyd & Eddie Floyd

Count III Defamation / Libel / Slander

Against Floyd family

Count IV - Interference with Parental Right / Loss of Companionship

Against all Defendants

Count V - Intentional Infliction of Emotional Distress

## Count V - Intentional Infliction of Emotional Distress
### Against ALL Defendants

## DAMAGES

Plaintiff seeks the following

**Against Carolina & Eddie Floyd together**

$200,000
For defamation, fabrication of evidence, emotional distress and intentional interference with Plaintiff parental right

**Against D.C.F.**

27.6 million
for constitutional violations, wrongful removal of Plaintiff's children, emotional trauma puttin trust in the system to get stabb in the back, wrong separation, and destruction of family integrity

### Additional Relief Requested:

- Immediate restoration of full visitation rights
- An full restoration of parental right
- An order recognizing Plaintiff's right to participate in all future proceeding
- Injunctive relief preventing D.N.A. testing, if still necessary
- Any other relief the court Deems just and appropriate.

Respectfully submitted
Deterrance Smith
62 Pond St WTBY CT
06701
No PHONE # cause Im homeless
cause of falsly arrest
1/4/26



